ACCEPTED
01-15-00531-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 5:40:25 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00531-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/9/2015 5:40:25 PM

CHRISTOPHER A. PRINE
Clerk

ELSA RODRIGUEZ,

Appellant,

V.

MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.,

Appellee.

On Appeal From
The 11th Judicial District Court
Harris County, Texas
Cause No. 2014-50657

## APPELLANT'S MOTION TO DISMISS HER APPEAL

Appellant Elsa Rodriguez respectfully requests that the Court dismiss her appeal. Appellant filed her Notice of Appeal on June 10, 2015. Appellant has paid her filing fee for this appeal, there are currently no briefing deadlines, and the Court has not issued an opinion or judgment in this appeal. Appellant seeks no relief against the Appellee through this Motion or the dismissal of her appeal. Appellant has filed a notice of non-suit, with prejudice, in the matter from which she appeals and she does not seek to disturb the trial court's June 10, 2015 order that is the subject of her appeal. Appellee has not

sought any relief in this appeal, and is unopposed to Appellant moving to dismiss her

appeal.

Respectfully submitted.

WATTS & COMPANY LAWYERS, LTD

_(signature)_

Larry Watts
SBN 20981000
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (877) 797-4055
Email: wattstrial@gmail.com
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I, Larry Watts, certify that I conferred with counsel for Appellee regarding the form of and relief sought through this Motion. Appellee is unopposed to Appellant filing this Motion to dismiss her appeal.

_(signature)_

Larry Watts
Counsel for Appellant

## CERTIFICATE OF COMPLIANCE

I, Larry Watts, certify that the foregoing document contains **121** words.

_(signature)_

Larry Watts
Counsel for Appellant

## CERTIFICATE OF SERVICE

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via efiling on this, the 24 of September, 2015.

_(signature)_

Larry Watts
Counsel for Appellant